ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JIANYE LIU, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>JAMES WYROUGH, in his official capacity, Director of the San Jose Field Office, *et al.*,<br><br>    Defendants. | Case No. 4:24-cv-08875 YGR<br><br>**STIPULATION TO STAY PROCEEDINGS;** ~~[PROPOSED]~~ **ORDER<span style="color:red">; AS AMENDED BY COURT</span>** |

    The parties, through their attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until April 28, 2025. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

    Plaintiffs filed this mandamus action seeking adjudication of their Forms I-130, Petitions for Alien Relative, and Forms I-485, Application to Register Permanent Residence or Adjust Status. United States Citizenship and Immigration Services ("USCIS") adjudicated Plaintiffs' Form I-130 petitions. USCIS also scheduled an interview for February 27, 2025, on Plaintiffs' Form I-485 applications.

    Accordingly, the parties stipulate and request that the proceedings in this case be stayed until April 28, 2025, at which time the parties will file a joint status report with the Court. At that time, the

parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: February 10, 2025

Respectfully submitted,[1]

ISMAIL J. RAMSEY
United States Attorney

 /s/ Elizabeth D. Kurlan
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated: February 10, 2025

 /s/ Avantika Shastri
AVANTIKA SHASTRI
Van Der Hout, LLP
Attorney for Plaintiffs

## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED. The Court sets a compliance deadline for May 2, 2025 at 9:01 a.m. By April 25, 2025, five business days before the deadline, parties shall submit a joint statement updating the Court on the status of this case. The compliance deadline will be decided on the papers and personal appearances are not necessary. If compliance is complete, the compliance deadline will be vacated.

Date: February 14, 2025

YVONNE GONZALEZ ROGERS
United States District Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.