PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JIANYE LIU, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>JAMES WYROUGH, in his official capacity, Director of the San Jose Field Office, *et al.*,<br><br>    Defendants. | Case No. 4:24-cv-08875 YGR<br><br>**JOINT STATUS REPORT AND STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; [PROPOSED] ORDER** |

    The parties submit this joint status report regarding Plaintiffs' Forms I-130, Petitions for Alien Relative, and Forms I-485, Application to Register Permanent Residence or Adjust Status. On February 14, 2024, the Court granted the parties' request to stay proceedings until April 28, 2025, to allow time for the agency to interview and adjudicate Plaintiffs' Form I-485 applications. *See* Dkt. 13. United States Citizenship and Immigration Services ("USCIS") conducted Plaintiffs' interviews on February 27, 2025 (both), April 21, 2025 (Mr. Jianye Liu), and April 22, 2025 (Ms. Ping Yang). Following the interviews, USCIS indicated that it needs an additional 32 days to complete adjudication of the applications.

    Accordingly, the parties stipulate and request that the proceedings in this case be stayed until May 27, 2025, at which time the parties will file a joint status report with the Court. At that time, the

Joint Status and Stipulation
C 4:24-cv-08875 YGR                1

parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: April 25, 2025

Respectfully submitted,[1]

PATRICK D. ROBBINS
Acting United States Attorney

 */s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated: April 25, 2025

 */s/ Avantika Shastri*
AVANTIKA SHASTRI
Van Der Hout, LLP
Attorney for Plaintiffs

# [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: April 28, 2025

YVONNE GONZALEZ ROGERS
United States District Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Joint Status and Stipulation
C 4:24-cv-08875 YGR                    2