Avantika Shastri (California Bar #233453)
Van Der Hout LLP
360 Post Street, Suite 800
San Francisco, California 94108
Telephone: 415-981-3000
Facsimile: 415-981-3003
Email: ndca@vblaw.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JIANYE LIU, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>JAMES WYROUGH, in his official capacity, Director of the San Jose Field Office, *et al.*,<br><br>　　　　　　Defendants. | Case No. 4:24-cv-08875 YGR<br><br>**JOINT STATUS REPORT AND STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; [PROPOSED] ORDER; AS AMENDED BY THE COURT** |

The parties submit this joint status report regarding Plaintiffs' Forms I-130, Petitions for Alien Relative, and Forms I-485, Application to Register Permanent Residence or Adjust Status. On April 28, 2025, the Court granted the parties' request to stay proceedings until May 27, 2025, to allow time for the agency to interview and adjudicate Plaintiffs' Form I-485 applications. *See* Dkt. 13. United States Citizenship and Immigration Services ("USCIS") conducted Plaintiffs' interviews on February 27, 2025 (both), April 21, 2025 (Mr. Jianye Liu), and April 22, 2025 (Ms. Ping Yang). On May 27, 2025, USCIS issued decisions on Plaintiffs' applications.

The parties now stipulate and request that the proceedings in this case be stayed until June 26, 2025, so that the Plaintiffs may have time to review the decisions and confer with counsel for Defendants if needed. On or before June 26, 2025, the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties

Joint Status and Stipulation
C 4:24-cv-08875 YGR                                      1

pursue a potential administrative resolution.

Dated: May 27, 2025

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

 /s/ Elizabeth D. Kurlan
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated: May 27, 2025

 /s/ Avantika Shastri
AVANTIKA SHASTRI
Van Der Hout, LLP
Attorney for Plaintiffs

## [PROPOSED] ORDER

Pursuant to stipulation, **IT IS SO ORDERED.** Given the procedural posture, **IT IS HEREBY ORDERED** that the instant case is **CLOSED** for statistical purposes only. Nothing contained in this order shall be construed as a dismissal or disposition of the action, and should further proceedings become necessary herein, any party may initiate them in the same manner as if this Order had not been entered. Within 30 (thirty) days of the administrative resolution, parties shall contact this Court and advise whether the case should be terminated and/or other actions which should be taken.

Date: May 27, 2025

YVONNE GONZALEZ ROGERS
United States District Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.